

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Carlos Ivan MORENO-Corrales<br><br>    Defendant. | Magistrate Case No.: '08 MJ 8343<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 23, 2008, within the Southern District of California, defendant Carlos Ivan MORENO-Corrales did knowingly and intentionally import approximately 45.34 kilograms (99.74 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

BRANDON M. WOOD
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24th, DAY OF APRIL 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
      v.
Carlos Ivan MORENO-Corrales

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On April 23, 2008, at approximately 1718 hours, Carlos Ivan MORENO-Corrales entered the United States at the Calexico, California East Port of Entry (POE). MORENO was the driver, registered owner, and sole occupant of a 1993 Mazda MX6 with Mexican license plate number BED2809.

Customs and Border Protection Officer (CBPO) J. Mena was manning primary lane three (3) when a 1993 Mazda MX6 approached his lane. CBPO J. Mena identified the driver from his DSP-150 as Carlos Ivan MORENO-Corrales. MORENO stated that the vehicle was his. CBPO J. Mena noticed that the vehicle had no previous crossings. CBPO J. Mena noticed that the glove box was empty except for the vehicle registration. CBPO J. Mena noticed that MORENO's hands were shaking as he handed CBPO J. Mena his registration. CBPO J. Mena noticed that MORENO stated that he had owned the vehicle for six (6) months and the vehicle had only been registered on April 17, 2008. CBPO J. Mena referred the vehicle to the vehicle secondary lot for a more intensive inspection.

In the vehicle secondary lot, CBPO E. Chong discovered several packages wrapped in brown tape while conducting an inspection of the quarter panels. CBPO E. Chong requested that Customs and Border Protection Canine Officer (CEO) E. Leon use his Human-Narcotics Detector Dog (HNDD) on the vehicle. CEO E. Leon's HNDD alerted to the doors of the vehicle. CEO E. Leon advised CBPO E. Chong of the alert.

CBPO E. Chong probed a package which field tested positive for marijuana, a Schedule I Controlled Substance. A total of 42 packages were removed from both doors and both quarter panels with a total weight of 45.34 kilograms (99.74 pounds).

Special Agent (SA) Brandon Wood placed MORENO under arrest for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. MORENO was advised of his Constitutional Rights, per Miranda, which he acknowledged and waived.

MORENO admitted knowledge that a controlled substance was concealed within the vehicle. MORENO stated to SA Wood that he was going to be paid $600.00 to smuggle the controlled substance into the United States and take the vehicle to the first streets in downtown Calexico near the old port of entry. MORENO was processed, booked, and transported to Imperial County Jail.